

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Matthew Jacob Guzman,

* From the 441st District Court
  of Midland County,
  Trial Court No. CR40647.

Vs. No. 11-21-00002-CR

* September 8, 2022

The State of Texas,

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment of January 4, 2021, revoking Appellant's regular community supervision, to delete the assessment of attorney's fees against Appellant. We modify the clerk's bill of costs to delete whatever portion of the $9,200 in attorney's fees is attributable to legal services rendered by Appellant's appointed counsel in defense against the State's motion to revoke filed on March 3, 2020. As modified, we affirm the judgment of the trial court.